KAREN L. LOEFFLER
United States Attorney

Richard L. Pomeroy, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| APRIL MERCULIEF,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM B. BETTS,<br><br>    Defendant. | Case No. 3:16-CV-_____<br><br>**NOTICE OF REMOVAL** |

   The United States, through the United States Attorney's Office, notifies this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

   The notice is based on the following:

   1. Plaintiff filed his Complaint against the Defendant in the Superior Court for the State of Alaska at Anchorage. Plaintiff has alleged tort claims

against the Defendant alleging that defendant William B. Betts, M.D., negligently performed a medical procedure on Plaintiff and that defendant Betts' negligence resulted in injuries to Plaintiff.   Plaintiff seeks compensatory damages for her alleged personal injury and losses.   A copy of the Complaint is attached with this Notice.

2. United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in Plaintiff's Complaint, defendant William B. Betts, M.D., was acting within the scope of his employment with Alaska Native Tribal Health Consortium (ANTHC) and that defendant Betts is deemed entitled to coverage and protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, pursuant to ANTHC's compact or agreement with the federal Department of Health and Human Services under the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C. 450f.   The Certification is filed with this Notice of Removal.

3. United States Attorney Karen L. Loeffler has further certified that, with respect to the allegations in Plaintiff's Complaint, William B. Betts, M.D., is deemed to be an employee of the federal government and he was acting within the scope of his federal employment for purposes of the FTCA, 28 U.S.C. §§ 2671-80.

*April Merculef v. William B. Betts*             -2-
Case No. 3:16-CV-_____

4. 28 U.S.C. § 2679(d)(2) provides: (1) that upon certification by the Attorney General that the Defendant employee was acting within the scope of its federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a state court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending; and (2) that such claim shall be deemed to be an action against the United States subject to the provisions of the FTCA.

5. The remedy provided by the FTCA for such claim and action against the United States is the exclusive remedy and any other civil action or proceeding against defendant William B. Betts, M.D., involving or arising out of the same subject matter, is precluded. 28 U.S.C. § 2679(b)(1).

6. This Notice of Removal is brought under 28 U.S.C. § 2679(d)(2), which provides that no bond is required to be filed with this Notice of Removal.

7. A Notice of Filing Removal of a Civil Action and a copy of this Notice are being filed in the state court where the action is pending.

RESPECTFULLY SUBMITTED this 8th day of April, 2016, in Anchorage, Alaska.

                KAREN L. LOEFFLER
                United States Attorney

                s/Richard L. Pomeroy
                Assistant U.S. Attorney
                Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on April 8, 2016,
a copy of the foregoing
was served via electronic service on:

David Henderson, Esq.

s/Richard L. Pomeroy
Assistant United States Attorney

*April Merculef v. William B. Betts*     -4-
Case No. 3:16-CV-_____