IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

April Merculief, )
)
    Plaintiff, )
)
vs. ) Case No. 3AN-16-4709 CI
)
William B. Betts, M.D., )
)
    Defendant. )
)

COPY
Original Received
FEB - 8 2016
Clerk of the Trial Courts

## COMPLAINT FOR DAMAGES

Plaintiff, April Merculief, by and through her attorney David Henderson, of Law Offices of David Henderson, for her action against the defendant alleges as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS

Plaintiff was, and is at all times relevant to this complaint, a resident of Anchorage, Alaska.

1. Defendant William B. Betts, M.D, named above, is, upon information or belief, a health care worker who performed work in the Third Judicial District of Alaska, and whose acts and omissions, as outlined below, resulted in damages to plaintiff.

2. Defendant William B. Betts, M.D.s' acts and omissions, at all times relevant to this complaint, were not certified as arising from employment with an agency of the U.S., or otherwise

Complaint
April Merculief v. William B. Betts, M.D.
3AN-16-4709 CI
Page 1 of 5

pursuant to 25 C.F.R. 900.192, and defendant is not eligible for Federal Tort Claim Act coverage, pursuant to 28 U.S.C. 2679(d)(1). Thus defendant William B. Betts, M.D is appropriately sued in his own name in State Court.

3. The events which are the subject of this action occurred within the Anchorage Venue District, Third Judicial District, State of Alaska.

4. On February 17, 2014, plaintiff April Merculief underwent cranioplasty of the left frontotemporal area by Dr. William B. Betts at the Alaska Native Medical Center. Dr. Betts implanted a bone flap and did not properly affix the bone flap.

5. In late March 2014 Ms. Merculief experienced seizures.

6. On April 2, 2014 Ms. Merculief discovered her head was "leaking."

7. On April 4, 2014 Ms. Merculief saw Dr. Betts and was diagnosed with an abscess and infection in her head. Dr. Betts scheduled follow-up surgery for April 9, 2014 and sent Ms. Merculief home.

8. The following day, April 5, 2014, Ms. Merculief was contacted by another medical provider, Dr. Maxwell, who performed emergency surgery on Ms. Merculief that day. The surgery revealed that Dr. Betts falsified the surgical record,

Complaint
April Merculief v. William B. Betts, M.D.
3AN-16- 4709 CI
Page 2 of 5

did not affix the bone flap with sufficient screws, and left the flap part way open which resulted in an infection and seizures.

### CAUSE OF ACTION: NEGLIGENCE AND RECKLESSNESS

9. Plaintiff realleges and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs, and further alleges as follow:

10. Defendant William B. Betts, M.D. had a duty to provide reasonable and quality medical care to the Plaintiff. Defendant William B. Betts, M.D. breached the applicable duty of care, and was negligent and reckless in his acts and omissions.

11. Defendant William B. Betts, M.D. was negligent in his acts and omissions, including but not limited to, falsification of the medical record, failure to properly affix the bone flap with sufficient screws, failure to provide timely emergency surgery, and general failure to act with due care.

### CLAIM FOR RELIEF

12. As a direct and proximate result of the negligence detailed above, and due to the numerous, reckless and outrageous errors which occurred at the Alaska Native Medical Center, Ms. Merculief has suffered, and will suffer, severe and

Complaint
April Merculief v. William B. Betts, M.D.
3AN-16-4709 CI

permanent personal injuries, including, but not necessarily limited to, economic and non-economic losses, including:

    A. Physical pain and suffering;

    B. Severe emotional distress and psychological injury;

    C. Surgeries, hospitalizations, physical and psychological therapy and rehabilitation, and palliative care;

    E. Medical expenses;

    F. Loss of enjoyment of life;

    G. Pecuniary losses, including but not limited to, lost wages and earnings, lost earning capacity, loss of subsistence, and lost business opportunities.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against defendant as follows:

1. All claims for compensatory damages in excess of $100,000.00 each, the exact amount to be determined at trial;

2. For punitive damages, in an amount to be determined at trial, due to reckless conduct;

3. For interest, costs and attorney's fees; and

Complaint
April Merculief v. William B. Betts, M.D.
3AN-16-4709 CI

Case 3:16-cv-00076-TMB   Document 1-1   Filed 04/08/16   Page 4 of 5

4. For such other and further relief as the Court deems just and proper.

DATED this _____ day of February, 2016 at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: _____
David Henderson   #9806014

Complaint
April Merculief v. William B. Betts, M.D.
3AN-16-4709 CI