LAW OFFICES OF DAVID HENDERSON  
3003 Minnesota Drive, Suite 203  
Anchorage, Alaska 99503  
Phone: (907) 677-1234  
Fax: (907) 677-1235

**IN THE UNITED STATES DISTRICT COURT**

**FOR TH DISTRICT AT ALASKA**

| | |
|---|---|
| April Merculief, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:16-CV-00076 TMB |
| ) | |
| United States of America ) | |
| ) | |
| Defendant. ) | |

## FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff, April Merculief, by and through her attorney David Henderson, of Law Offices of David Henderson, for her action against the defendant alleges as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS

Plaintiff was, and is at all times relevant to this complaint, a resident of Anchorage, Alaska.

1. William B. Betts, M.D, is upon information or belief, a health care worker who performed work in Anchorage, Alaska, and whose acts and omissions, as outlined below, resulted in damages to plaintiff.

2. Defendant William B. Betts, M.D.s' acts and omissions, at all times relevant to this complaint, were arising from employment with an agency of the U.S., or otherwise pursuant to

25 C.F.R. 900.192, and defendant is eligible for Federal Tort Claim Act coverage, pursuant to 28 U.S.C. 2679(d)(1).

3. On January 29, 2016, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. The claim was not responded to within six months. The six months expired on July 29, 2016.

4. The events which are the subject of this action occurred in Anchorage, Alaska.

5. On February 17, 2014, plaintiff April Merculief underwent cranioplasty of the left frontotemporal area by Dr. William B. Betts at the Alaska Native Medical Center. Dr. Betts implanted a bone flap and did not properly affix the bone flap.

6. In late March 2014 Ms. Merculief experienced seizures.

7. On April 2, 2014 Ms. Merculief discovered her head was "leaking."

8. On April 4, 2014 Ms. Merculief saw Dr. Betts and was diagnosed with an abscess and infection in her head. Dr. Betts scheduled follow-up surgery for April 9, 2014 and sent Ms. Merculief home.

9. The following day, April 5, 2014, Ms. Merculief was contacted by another medical provider, Dr. Maxwell, who

performed emergency surgery on Ms. Merculief that day. The surgery revealed that Dr. Betts falsified the surgical record, did not affix the bone flap with sufficient screws, and left the flap part way open which resulted in an infection and seizures.

## CAUSE OF ACTION: NEGLIGENCE AND RECKLESSNESS

10. Plaintiff realleges and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs, and further alleges as follow:

11. Defendant William B. Betts, M.D. had a duty to provide reasonable and quality medical care to the Plaintiff. Defendant William B. Betts, M.D. breached the applicable duty of care, and was negligent and reckless in his acts and omissions.

12. Defendant William B. Betts, M.D. was negligent in his acts and omissions, including but not limited to, falsification of the medical record, failure to properly affix the bone flap with sufficient screws, failure to provide timely emergency surgery, and general failure to act with due care.

## CLAIM FOR RELIEF

13. As a direct and proximate result of the negligence detailed above, and due to the numerous, reckless and outrageous errors which occurred at the Alaska Native Medical Center,

First Amended Complaint
April Merculief v. William B. Betts, M.D.
3:16-CV-00076 TMB
Page 3 of 4

Ms. Merculief has suffered, and will suffer, severe and permanent personal injuries, including, but not necessarily limited to, economic and non-economic losses, including:

    A. Physical pain and suffering;

    B. Severe emotional distress and psychological injury;

    C. Surgeries, hospitalizations, physical and psychological therapy and rehabilitation, and palliative care;

    E. Medical expenses;

    F. Loss of enjoyment of life;

    G. Pecuniary losses, including but not limited to, lost wages and earnings, lost earning capacity, loss of subsistence, and lost business opportunities.

DATED August 20, 2016 at Anchorage, Alaska.

    LAW OFFICES OF DAVID HENDERSON
    Attorney for the Plaintiff

    s/David Henderson  #9806014